**From:** ECF-CAND
**To:** CAND EFiling
**Subject:** Activity in Case 4:13-cr-00494-CW USA v. Piggee Notice of Criminal Case Transfer
**Date:** Thursday, July 21, 2022 10:46:03 AM

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**California Northern District**

**FILED**
**Jul 21, 2022**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 7/21/2022 at 10:45 AM and filed on 7/21/2022

**Case Name:** USA v. Piggee
**Case Number:** 4:13-cr-00494-CW
**Filer:**
**Document Number:** 92(No document attached)

CAED Case No.
2:22-cr-0155 JAM

**Docket Text:**
**NOTICE OF CRIMINAL CASE TRANSFER.**

**Case transfer from California Northern to Eastern District of California (Sacramento) of a Transfer of Jurisdiction as to Douglas Sharron Piggee, Jr. Your case number is: 2:22-cr-0155-JAM. Public transfer documents are accessible and can be retrieved by your court via PACER. Under seal or otherwise restricted documents will be emailed directly. Please send acknowledgement of receipt, including the case number, to InterDistrictTransfer_CAND@cand.uscourts.gov**
***If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.*** **(jlm, COURT STAFF) (Filed on 7/21/2022)**

**4:13-cr-00494-CW-1 Notice has been electronically mailed to:**

Christiaan H Highsmith christiaan.highsmith@usdoj.gov, caseview.ecf@usdoj.gov, kimberly.richardson2@usdoj.gov, morgan.byrne@usdoj.gov, Ralph.Banchstubbs@usdoj.gov

Dena Marie Young dmyounglaw@gmail.com

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | |
|---|---|---|
| DOCKET NUMBER *(Tran. Court)* CR 13-00494-01 CW | DOCKET NUMBER *(Rec. Court)* 2:22-cr-0155 JAM | |
| NAME AND CITY, STATE OF PROBATIONER/SUPERVISED RELEASEE<br>Douglas Sharron Piggee<br>Stockton, CA | DISTRICT<br>ND/CA | DIVISION<br>Oakland |
| | NAME OF SENTENCING JUDGE<br>Honorable Claudia Wilken | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 05/13/2022 — TO 05/12/2025 |

FILED
Jul 20, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

OFFENSE

18 U.S.C. § 751(a) Escape from Custody

18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm and Ammunition

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/20/2022
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

07/20/2022
*Effective Date*

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

Prepared by: sp

AO 245B (Rev. AO 09/11-CAN 9/14) Judgment in Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## Northern District of California

**UNITED STATES OF AMERICA**
**v.**
Douglas Sharron Piggee

**JUDGMENT IN A CRIMINAL CASE**

USDC Case Number: CR-13-00494-001 CW
BOP Case Number: DCAN413CR00494-001
USM Number: 06845-097
Defendant's Attorney: John Reichmuth (AFPD)

**THE DEFENDANT:**

☑ pleaded guilty to count(s): One and Two of the superseding indictment
☐ pleaded nolo contendere to count(s):_ which was accepted by the court.
☐ was found guilty on count(s): after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 751(a) | Escape from Custody | 07/27/13 | One |
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition | 07/27/13 | Two |
| | | | |

The defendant is sentenced as provided in pages 2 through _7_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s):
☐ Count(s) dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/3/2014
Date of Imposition of Judgment

Signature of Judge
The Honorable Claudia Wilken
Chief United States District Judge
Name & Title of Judge

11/7/2014
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
84 months

☑ The Court makes the following recommendations to the Bureau of Prisons: that the defendant be designated to a facility that 1) has a culinary program and/or 2) that is located in California.

☑ The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at on (no later than 2:00 pm).
- ☐ as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ at on (no later than 2:00 pm).
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ______________________ to ______________________________ at
______________________________, with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 3 years

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer;
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) The defendant shall support his or her dependents and meet other family responsibilities;
5) The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from treatment by the probation officer. The defendant is to pay part or all of the cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of urinalysis and counseling. The actual co-payment schedule shall be determined by the probation officer.

2. The defendant shall abstain from the use of all alcoholic beverages.

3. The defendant shall pay any special assessment that is imposed by this judgment and that remains unpaid at the commencement of the term of supervised release.

4. The defendant shall submit to a search of his person, residence, office, vehicle, or any property under his control to a search. Such a search shall be conducted by a United States Probation Officer or any federal, state or local law enforcement officer at any time with or without suspicion. Failure to submit to such a search may be grounds for revocation; the defendant shall warn any residents that the premises may be subject to searches.

5. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

6. The defendant shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons.

7. The defendant shall make an application to register as a drug offender pursuant to state law.

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 200 | None | N/A |

☐ The determination of restitution is deferred until . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

- ☐ the interest requirement is waived for the .
- ☐ the interest requirement is waived for the is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows*:

**A** ☑ Lump sum payment of $200 due immediately, balance due

☐ not later than , or
☑ in accordance with ☐ C, ☐ D, or ☐ E, and/or ☑ F below); or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal (e.g., weekly, monthly, quarterly) installments of _ over a period of (e.g., months or years), to commence (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal (e.g., weekly, monthly, quarterly) installments of _ over a period of (e.g., months or years), to commence (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:
**When incarcerated, payment of criminal monetary penalties are due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States: (a) a Sig Sauer Model P228, 9 millimeter pistol (serial number B188247); (b) six rounds of "+P CBC" 9 millimeter ammunition, and; (c) six rounds of "FC Luger" 9 millimeter ammunition.

☐ The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future, **but such future orders do not affect the defendant's responsibility for the full amount of the restitution ordered.**

* Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

MELINDA HAAG (CABN 132612)
United States Attorney

FILED
AUG 15 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DOUGLAS SHARRON PIGGEE, JR.,<br>Defendant. | NO. CR-13-00494 CW<br><br>VIOLATIONS: 18 U.S.C. §§ 751(a) and 4082(a) – Escape from Custody; 18 U.S.C. §§ 922(g)(1) and 924(e) – Felon in Possession of a Firearm And Ammunition; 18 U.S.C. § 924(d)(1) – Gun Forfeiture Allegation<br><br>OAKLAND VENUE |

S U P E R S E D I N G  I N D I C T M E N T

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 751(a) – Escape from Custody)

1. On or about May 14, 2013, in the Northern District of California, the defendant,

DOUGLAS SHARRON PIGGEE, JR.,

having been lawfully committed to the custody of the Attorney General or his authorized representative by virtue of a judgment in a criminal case following a conviction for a felony offense, knowingly escaped from an institution and facility in which he was confined by the direction of the Attorney

General, namely GEO Care Companies, Inc., Residential Re-entry Center in Oakland, California, by willfully failing to remain within the extended limits of his confinement and willfully failing to return within the time prescribed, in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

COUNT TWO: (18 U.S.C. § 922(g)(1) – Felon In Possession Of A Firearm And Ammunition)

2. On or about July 27, 2013, in the Northern District of California, the defendant,

DOUGLAS SHARRON PIGGEE, JR.,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, the following firearm and ammunition: (1) a Sig Sauer, Model P228, 9 millimeter semi-automatic pistol, serial number B188247; (2) six live rounds of "+P CBC" 9 millimeter ammunition; and (3) six live rounds of "FC Luger" 9 millimeter ammunition, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

FORFEITURE ALLEGATION: (18 U.S.C. § 924(d)(1) – Gun Forfeiture)

3. The factual allegations contained in Count Two of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1).

4. Upon a conviction for the offense alleged in Count Two, the defendant,

DOUGLAS SHARRON PIGGEE, JR.,

shall forfeit to the United States any firearm or ammunition involved in or used in any knowing

///

///

///

///

///

///

///

///

///

///

violation of said offense, including but not limited to the following property:

a. A Sig Sauer, Model P228, 9 millimeter semi-automatic pistol, serial number B188247;

b. Six live rounds of "+P CBC" 9 millimeter ammunition; and

c. Six live rounds of "FC Luger" 9 millimeter ammunition,

Pursuant to Title 18, United States Code, Section 924(d)(1).

DATED: August 15, 2013

A TRUE BILL

FOREPERSON

MELINDA HAAG
United States Attorney

KESLIE STEWART
Deputy Chief, Oakland Branch

(Approved as to form: ______________)
AUSA WADE M. RHYNE

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland

CR 13-00494 CW

UNITED STATES OF AMERICA,

V.

DOUGLAS SHARRON PIGGEE, JR.,

FILED
AUG 15 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

## SUPERSEDING INDICTMENT

18 U.S.C. §§ 751(a) and 4082(a) – Escape from Custody;
18 U.S.C. §§ 922(g)(1) and 924(e) – Felon in Possession of a Firearm And Ammunition; 18 U.S.C. § 924(d)(1) – Gun Forfeiture Allegation

A true bill.

Foreman

Filed in open court this 15 day of August, 2013

Clerk

8/15/13

Bail, $ No process

**PENALTY SHEET ATTACHMENT**
**DEFENDANT DOUGLASS SHARRON PIGGEE, JR.**

COUNT ONE: (18 U.S.C. §§ 751(a) and 4082(a) – Escape from Custody)

MAXIMUM PENALTIES:

| | |
|---|---|
| Imprisonment: | 20 Years |
| Fine: | $250,000 or the greater of twice the gross gain or twice the gross loss, whichever is greater |
| Supervised Release: | 5 Years |
| Special Assessment: | Mandatory $100 |

COUNT TWO: (18 U.S.C. §§ 922(g)(1), 924(e) – Felon in Possession of a Firearm and Ammunition)

MAXIMUM PENALTIES:

| | |
|---|---|
| Imprisonment: | Life |
| Mandatory Imprisonment: | 15 Years |
| Fine: | $250,000 |
| Supervised Release: | 5 Years |
| Special Assessment: | Mandatory $100 |

E-Filing

# U.S. District Court
# California Northern District (Oakland)
# CRIMINAL DOCKET FOR CASE #: 4:13-cr-00494-CW All Defendants

Case title: USA v. Piggee

Date Filed: 07/25/2013

Other court case number: 2:22-cr-00155-JAM-1 Eastern District of California - Sacramento

Date Terminated: 11/03/2014

Related Case: 4:17-cv-05790-CW

---

Assigned to: Hon. Claudia Wilken

Appeals court case number: 17-15024 Ninth Circuit Court of Appeals

**Defendant (1)**

**Douglas Sharron Piggee, Jr.**
*TERMINATED: 11/03/2014*

represented by

**Douglas Sharron Piggee, Jr.**
06845-097
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837
PRO SE

**Dena Marie Young**
Law Offices of Dena Marie Young
2751 4th Street, PMB #136
Santa Rosa, CA 95405
(707) 528-9479
Fax: (707) 692-5314
Email: dmyounglaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Jay A. Nelson**
Coleman, Balogh & Scott LLP
235 Montgomery Street
Suite 1070
San Francisco, CA 94104
(415) 391-0440
Fax: (415) 373-3901
Email: jay@colemanbalogh.com
*TERMINATED: 11/09/2016*
*Designation: CJA Appointment*

**John Francis McCabe , II**

Attorney at Law
1523 Cabrillo Avenue
Burlingame, CA 94010
650-288-8460
Email: jfrankmccabe@yahoo.com
*TERMINATED: 11/10/2016*
*Designation: Retained*

**John Paul Reichmuth**
Federal Public Defender's Office
Oakland
1301 Clay Street
Suite 1350N
Oakland, CA 94612
(510) 637-3500
Fax: 510-637-3507
Email: john_reichmuth@fd.org
*TERMINATED: 07/02/2014*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:751(a): Escape from custody (1s) | committed to custody of BOP for a term of 84 months; 3 years supervised release; $100 special assessment |
| 18:922(g)(1): Felon in possession of a firearm and ammunition (2s) | committed to custody of BOP for a term of 84 months; 3 years supervised release; $100 special assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:751(a) and 4082(a): Escape from custody (1) | dismissed, superseding indictment filed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by

**Christiaan H Highsmith**
U.S. Attorney's Office
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102

415-436-7200
Email: christiaan.highsmith@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Wade Maxwell Rhyne**
U.S. Securities and Exchange Commission
San Francisco Regional Office
44 Montgomery Street
Suite 2800
San Francisco, CA 94104
415-705-8122
Fax: 415-705-8100
Email: rhynew@sec.gov
*TERMINATED: 08/04/2016*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/25/2013 | 1 | INDICTMENT as to Douglas Sharron Piggee, Jr (1) count(s) 1. (kcS, COURT STAFF) (Filed on 7/25/2013) (Additional attachment(s) added on 8/15/2013: # 1 Criminal Cover Sheet) (kc, COURT STAFF). (Entered: 07/25/2013) |
| 07/25/2013 | 2 | Sealing Application by USA and **Order to Seal Case as to Douglas Sharron Piggee, Jr. Signed by Magistrate Judge Kandis A. Westmore on 7/25/13. (kcS, COURT STAFF) (Filed on 7/25/2013) (kc, COURT STAFF). (Entered: 07/25/2013)** |
| 08/13/2013 | | Set/Reset Hearing Initial Appearance as to Douglas Sharron Piggee, Jr. set for 8/14/2013 09:30 AM before Magistrate Judge Donna M. Ryu per U.S. Marshal Michael Dyke. (igS, COURT STAFF) (Filed on 8/13/2013) (Entered: 08/13/2013) |
| 08/14/2013 | 3 | Minute Entry for proceedings held before Magistrate Judge Donna M. Ryu: Initial Appearance as to Douglas Sharron Piggee, Jr held on 8/14/2013. GRANTING Motion to UNSEAL Indictment. Arraignment as to Douglas Sharron Piggee Jr. (1) on Count 1 held on 8/14/2013. NOT GUILTY plea entered. I.D. of Counsel Hearing held on 8/14/2013. Detention Hearing WAIVED. Defendant ordered DETAINED. Arraignment on Superseding Indictment and Attorney Appointment Hearing set for 8/30/2013 09:30 AM before Magistrate Judge Donna M. Ryu. Remanding defendant to custody. (Recording #FTR 8/14/13 9:45-9:53.) (kc, COURT STAFF) (Filed on 8/14/2013) (Entered: 08/15/2013) |
| 08/14/2013 | | CASE DESIGNATED for Electronic Filing. (kc, COURT STAFF) (Filed on 8/14/2013) (Entered: 08/15/2013) |
| 08/14/2013 | 4 | **Stipulated ORDER Excluding Time Under the Speedy Trial Act as to Douglas Sharron Piggee, Jr. Signed by Magistrate Judge Donna M. Ryu on 8/14/13. (kc, COURT STAFF) (Filed on 8/14/2013) (Entered: 08/15/2013)** |
| 08/15/2013 | 5 | SUPERSEDING INDICTMENT as to Douglas Sharron Piggee, Jr (1) count(s) 1s, 2s. (kc, COURT STAFF) (Filed on 8/15/2013) (Entered: 08/16/2013) |
| 08/30/2013 | 6 | Minute Entry for proceedings held before Magistrate Judge Donna M. Ryu: Arraignment as to Douglas Sharron Piggee Jr. (1) as to Count 1s, 2s of the superseding indictment held on 8/30/2013. NOT GUILTY plea entered. Attorney Appointment Hearing held on 8/30/2013. CJA23 Submitted. Added attorney John Paul Reichmuth for Douglas Sharron |

| | | |
|---|---|---|
| | | Piggee, Jr. Status or Trial Setting Hearing set for 10/7/2013 at 02:00 PM before Hon. Claudia Wilken. Remanding defendant to custody. (Recording #FTR 8/30/13 9:41-9:46.) (kc, COURT STAFF) (Filed on 8/30/2013) (Entered: 09/03/2013) |
| 08/30/2013 | 7 | CJA 23 Financial Affidavit by Douglas Sharron Piggee, Jr (kc, COURT STAFF) (Filed on 8/30/2013) (Entered: 09/03/2013) |
| 08/30/2013 | 8 | **Stipulated ORDER Excluding Time Under the Speedy Trial Act as to Douglas Sharron Piggee, Jr. Signed by Magistrate Judge Donna M. Ryu on 8/30/13. (kc, COURT STAFF) (Filed on 8/30/2013) (Entered: 09/03/2013)** |
| 10/03/2013 | 9 | STIPULATION WITH PROPOSED ORDER *to Continue and Exclude Time Under the Speedy Trial Act*. (Reichmuth, John) (Filed on 10/3/2013) Modified on 10/4/2013 (kcS, COURT STAFF). (Entered: 10/03/2013) |
| 10/04/2013 | | **Order granting 9 Stipulation as to Douglas Sharron Piggee Jr. (1) entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/04/2013)** |
| 10/07/2013 | | ***DISREGARD*** See Order on Stipulation. Reset Hearing: Motion Setting/Trial Setting Hearing set for 11/7/2013 02:00 PM before Hon. Claudia Wilken. (ndr, COURT STAFF) (Filed on 10/7/2013) Modified on 10/7/2013 (ndr, COURT STAFF). (Entered: 10/07/2013) |
| 10/07/2013 | | See Order on Stipulation. Reset Hearing: Motion Setting /Trial Setting Hearing set for 11/4/2013 02:00 PM before Hon. Claudia Wilken. (ndr, COURT STAFF) (Filed on 10/7/2013) (Entered: 10/07/2013) |
| 11/04/2013 | 12 | Minute Entry for proceedings held before Judge Hon. Claudia Wilken:Motion Setting Hearing as to Douglas Sharron Piggee, Jr held on 11/4/2013. Dispositional or Trial Setting Hearing set for 12/2/2013 02:00 PM before Hon. Claudia Wilken. (Court Reporter Raynee Mercado.) (ndr, COURT STAFF) (Filed on 11/4/2013) (Entered: 11/19/2013) |
| 11/05/2013 | 10 | MOTION *FOR AUTHORIZATION TO DISCLOSE CERTAIN GRAND JURY MATERIAL PURSUANT TO FED. R. CRIM. P. 6(E)(3)(E) AND [PROPOSED] ORDER* by USA as to Douglas Sharron Piggee, Jr. (Rhyne, Wade) (Filed on 11/5/2013) Modified on 11/6/2013 (kcS, COURT STAFF). (Entered: 11/05/2013) |
| 11/15/2013 | 11 | **ORDER GRANTING 10 REQUEST FOR AUTHORIZATION TO DISCLOSE CERTAIN GRAND JURY MATERIAL PURSUANT TO FED. R. CRIM. P. 6(E)(3)(E) as to Douglas Sharron Piggee Jr. (1). Signed by Judge Hon. Claudia Wilken on 11/15/2013. (ndr, COURT STAFF) (Entered: 11/15/2013)** |
| 11/27/2013 | 13 | STIPULATION WITH PROPOSED ORDER *to Continue and Exclude Time Under the Speedy Trial Act*. (Reichmuth, John) (Filed on 11/27/2013) (Entered: 11/27/2013) |
| 12/02/2013 | 14 | **Order granting 13 Stipulation as to Douglas Sharron Piggee Jr. (1) entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 12/02/2013)** |
| 12/02/2013 | | Reset Hearing (See 14 Order) Dispositional or Trial Setting Hearing set for 12/23/2013 02:00 PM before Hon. Claudia Wilken. (ndr, COURT STAFF) (Filed on 12/2/2013) (Entered: 12/02/2013) |
| 12/18/2013 | 15 | STIPULATION WITH PROPOSED ORDER *to Continue and Exclude Time Under the Speedy Trial Act*. (Reichmuth, John) (Filed on 12/18/2013) Modified on 12/19/2013 (kcS, COURT STAFF). (Entered: 12/18/2013) |
| 12/19/2013 | 16 | **Order granting 15 Stipulation as to Douglas Sharron Piggee Jr. (1) entered by Hon.** |

| | | |
|---|---|---|
| | | **Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 12/19/2013)** |
| 12/19/2013 | | Reset Hearing (See Docket No. 16 Order): Dispositional or Trial Setting Hearing set for 1/13/2014 02:00 PM before Hon. Claudia Wilken. (ndr, COURT STAFF) (Filed on 12/19/2013) (Entered: 12/19/2013) |
| 01/10/2014 | 17 | STIPULATION WITH PROPOSED ORDER *to Continue and Exclude Time Under the Speedy Trial Act*. (Reichmuth, John) (Filed on 1/10/2014) Modified on 1/13/2014 (kcS, COURT STAFF). (Entered: 01/10/2014) |
| 01/10/2014 | 18 | **Order granting 17 Stipulation as to Douglas Sharron Piggee Jr. (1) entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/10/2014)** |
| 01/10/2014 | | Reset Hearing (See docket no. 18 ): Dispositional or Trial Setting Hearing set for 2/3/2014 02:00 PM before Hon. Claudia Wilken. (ndr, COURT STAFF) (Filed on 1/10/2014) (Entered: 01/10/2014) |
| 01/29/2014 | 19 | STIPULATION WITH PROPOSED ORDER *to Continue and Exclude Time Under the Speedy Trial Act*. (Reichmuth, John) (Filed on 1/29/2014) (Entered: 01/29/2014) |
| 01/30/2014 | 20 | **Order granting 19 Stipulation as to Douglas Sharron Piggee Jr. (1) entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/30/2014)** |
| 01/31/2014 | | Reset Hearing (See Docket No. 20 ): Dispositional or Trial Setting Hearing set for 2/24/2014 02:00 PM before Hon. Claudia Wilken. (ndr, COURT STAFF) (Filed on 1/31/2014) (Entered: 01/31/2014) |
| 02/21/2014 | 21 | STIPULATION WITH PROPOSED ORDER *to Continue and Exclude Time Under The Speedy Trial Act*. (Reichmuth, John) (Filed on 2/21/2014) Modified on 2/24/2014 (kcS, COURT STAFF). (Entered: 02/21/2014) |
| 02/21/2014 | 22 | STIPULATION WITH PROPOSED ORDER *to Continue and Exclude Time Under The Speedy Trial Act*. (Reichmuth, John) (Filed on 2/21/2014) Modified on 2/24/2014 (kcS, COURT STAFF). (Entered: 02/21/2014) |
| 02/24/2014 | 23 | **ORDER Granting 22 Stipulation as to Douglas Sharron Piggee Jr. (1). Signed by Judge Hon. Claudia Wilken on 2/24/2014. (ndr, COURT STAFF) (Entered: 02/24/2014)** |
| 02/24/2014 | | Reset Hearing (See Docket No. 23 ): Dispositional /Trial Setting set for 3/31/2014 02:00 PM before Hon. Claudia Wilken. (ndr, COURT STAFF) (Filed on 2/24/2014) (Entered: 02/24/2014) |
| 03/28/2014 | 24 | STIPULATION WITH PROPOSED ORDER *to Continue and Exclude Time Under the Speedy Trial Act*. (Reichmuth, John) (Filed on 3/28/2014) (Entered: 03/28/2014) |
| 03/28/2014 | 25 | **ORDER Granting 24 Stipulation as to Douglas Sharron Piggee Jr. (1) to continue. Signed by Judge Hon. Claudia Wilken on 3/28/2014. (ndr, COURT STAFF) (Entered: 03/28/2014)** |
| 03/28/2014 | | Reset Hearing (See docket no. 25 ): Dispositional / Trial Setting Hearing set for 4/21/2014 02:00 PM before Hon. Claudia Wilken. (ndr, COURT STAFF) (Filed on 3/28/2014) (Entered: 03/28/2014) |
| 04/21/2014 | 26 | Minute Entry for proceedings held before Judge Hon. Claudia Wilken:Dispositional Hearing as to Douglas Sharron Piggee, Jr held on 4/21/2014. Motion Setting / Change of |

| | | |
|---|---|---|
| | | Plea Hearing set for 4/28/2014 02:00 PM before Hon. Claudia Wilken. (Court Reporter Diane Skillman.) (ndr, COURT STAFF) (Filed on 4/21/2014) (Entered: 04/22/2014) |
| 04/22/2014 | 27 | Sealed Document as to Douglas Sharron Piggee, Jr (kc, COURT STAFF) (Filed on 4/22/2014) (Entered: 04/22/2014) |
| 04/28/2014 | 28 | PLEA AGREEMENT as to Douglas Sharron Piggee, Jr. (ndr, COURT STAFF) (Filed on 4/28/2014) (Entered: 04/29/2014) |
| 04/28/2014 | 29 | Minute Entry for proceedings held before Hon. Claudia Wilken: Change of Plea Hearing as to Douglas Sharron Piggee, Jr held on 4/28/2014. Plea entered by Douglas Sharron Piggee Jr. (1) Guilty as to Counts 1s, 2s of the superseding information. Sentencing set for 7/21/2014 at 02:00 PM before Hon. Claudia Wilken. (Court Reporter Diane Skillman.) (kc, COURT STAFF) (Filed on 4/28/2014) (Entered: 04/30/2014) |
| 05/07/2014 | 30 | Sealed Document as to Douglas Sharron Piggee, Jr (kc, COURT STAFF) (Filed on 5/7/2014) (Entered: 05/08/2014) |
| 05/14/2014 | 31 | CLERKS NOTICE as to Douglas Sharron Piggee, Jr. Notice is hereby given that the motion for new counsel, has been scheduled for June 2, 2014, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.<br><br>**(This is a text only docket entry, there is no document associated with this notice.)**<br><br>(ndr, COURT STAFF) (Filed on 5/14/2014) (Entered: 05/14/2014) |
| 06/02/2014 | 32 | Sealed Document as to Douglas Sharron Piggee, Jr (kc, COURT STAFF) (Filed on 6/2/2014) (Entered: 06/03/2014) |
| 06/02/2014 | | Set/Reset Hearing: Sentencing continued to 8/25/2014 at 02:00 PM before Hon. Claudia Wilken. (kc, COURT STAFF) (Filed on 6/2/2014) (Entered: 06/03/2014) |
| 06/17/2014 | 33 | Letter from AFPD John Paul Reichmuth as to Douglas Sharron Piggee, Jr (Reichmuth, John) (Filed on 6/17/2014) (Entered: 06/17/2014) |
| 06/19/2014 | 34 | MOTION for Substitution of Counsel; Proposed Order by Douglas Sharron Piggee, Jr. (Reichmuth, John) (Filed on 6/19/2014) Modified on 6/20/2014 (kcS, COURT STAFF). (Entered: 06/19/2014) |
| 06/20/2014 | 35 | **Order denying 34 Motion to Substitute Attorney as to Douglas Sharron Piggee Jr. (1) entered by Hon. Claudia Wilken, without prejudice to refiling with further support, under seal if necessary. If the Federal Public Defender is permitted to withdraw, the attorney appointed to give a second opinion would not be appointed as substitute counsel. New CJA counsel would be appointed. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 06/20/2014)** |
| 06/24/2014 | 36 | Second MOTION *for Substition of Counsel* by Douglas Sharron Piggee, Jr. (Reichmuth, John) (Filed on 6/24/2014) (Entered: 06/24/2014) |
| 06/24/2014 | 37 | Application and [Proposed] Order to File Supplemental Declaration of Defense Counsel Ex Parte and Underseal by Douglas Sharron Piggee, Jr. (Reichmuth, John) (Filed on 6/24/2014) Modified on 6/26/2014 (kcS, COURT STAFF). (Entered: 06/24/2014) |
| 06/24/2014 | 40 | Sealed Document as to Douglas Sharron Piggee, Jr (kc, COURT STAFF) (Filed on 6/24/2014) (Entered: 07/07/2014) |
| 07/02/2014 | 38 | **ORDER Granting 37 Motion to Seal as to Douglas Sharron Piggee Jr. (1). Signed by Judge Hon. Claudia Wilken on 7/2/2014. (ndr, COURT STAFF) (Entered: 07/02/2014)** |

| | | |
|---|---|---|
| 07/02/2014 | 39 | **ORDER Granting 36 Second Motion as to Douglas Sharron Piggee Jr. (1) for Substitution of Counsel. Signed by Judge Hon. Claudia Wilken on 7/2/2014. (ndr, COURT STAFF) (Entered: 07/02/2014)** |
| 07/07/2014 | 41 | NOTICE OF ATTORNEY APPEARANCE: Jay A. Nelson appearing for Douglas Sharron Piggee, Jr (Nelson, Jay) (Filed on 7/7/2014) (Entered: 07/07/2014) |
| 07/11/2014 | 43 | **Order for CJA Appointment of Attorney Laura Robinson for Douglas Sharron Piggee, Jr. Signed by Judge Claudia Wilken on 7/11/14. (kc, COURT STAFF) (Filed on 7/11/2014) (Entered: 07/15/2014)** |
| 07/11/2014 | 44 | **Order for CJA Appointment of Attorney Jay A. Nelson for Douglas Sharron Piggee, Jr. Signed by Judge Claudia Wilken on 7/11/14. (kc, COURT STAFF) (Filed on 7/11/2014) (Entered: 07/15/2014)** |
| 07/14/2014 | 42 | STIPULATION WITH PROPOSED ORDER *to Continue Sentencing Hearing to September 29, 2014*. (Nelson, Jay) (Filed on 7/14/2014) (Entered: 07/14/2014) |
| 07/15/2014 | 45 | **Order granting 42 Stipulation as to Douglas Sharron Piggee Jr. (1) entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 07/15/2014)** |
| 07/15/2014 | | Reset Hearing (See docket no. 45): Sentencing continued to 9/29/2014 at 02:00 PM before Hon. Claudia Wilken. (kcS, COURT STAFF) (Filed on 7/15/2014) (Entered: 07/16/2014) |
| 08/22/2014 | 46 | STIPULATION WITH PROPOSED ORDER *TO CONTINUE SENTENCING HEARING TO NOVEMBER 3, 2014*. (Nelson, Jay) (Filed on 8/22/2014) (Entered: 08/22/2014) |
| 08/26/2014 | 47 | **ORDER Granting 46 Stipulation TO CONTINUE SENTENCING HEARING TO NOVEMBER 3, 2014 as to Douglas Sharron Piggee Jr. (1). Signed by Judge Hon. Claudia Wilken on 8/26/2014. (ndr, COURT STAFF) (Entered: 08/26/2014)** |
| 08/26/2014 | | Reset Hearing (see docket no. 47 ): Sentencing set for 11/3/2014 02:00 PM before Hon. Claudia Wilken. (ndr, COURT STAFF) (Filed on 8/26/2014) (Entered: 08/26/2014) |
| 09/02/2014 | 48 | STIPULATION WITH PROPOSED ORDER *AUTHORIZING DISCLOSURE OF PRIOR PRESENTENCE REPORT*. (Nelson, Jay) (Filed on 9/2/2014) (Entered: 09/02/2014) |
| 09/04/2014 | 49 | **Order granting 48 Stipulation to disclose prior pre-sentence report to counsel as to Douglas Sharron Piggee Jr. (1) entered by Hon. Claudia Wilken. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/04/2014)** |
| 10/27/2014 | 51 | SENTENCING MEMORANDUM by Douglas Sharron Piggee, Jr *SENTENCING MEMORANDUM; OBJECTIONS TO PRESENTENCE REPORT* (Nelson, Jay) (Filed on 10/27/2014) (Entered: 10/27/2014) |
| 10/27/2014 | 52 | SENTENCING MEMORANDUM by USA as to Douglas Sharron Piggee, Jr (Rhyne, Wade) (Filed on 10/27/2014) (Entered: 10/27/2014) |
| 10/28/2014 | 53 | Letter from Douglas Piggee dated 10/25/2014 re sentencing (Attachments: # 1 Envelope) (vlkS, COURT STAFF) (Filed on 10/28/2014) (Entered: 10/28/2014) |
| 11/03/2014 | 54 | Minute Entry for proceedings held before Hon. Claudia Wilken: Sentencing held on 11/3/2014 for Douglas Sharron Piggee, Jr. (1) as to Count(s) 1s, 2s of the superseding indictment, committed to custody of BOP for a term of 84 months; 3 years supervised release; $200 special assessment. Count 1 of the indictment dismissed, superseding indictment filed. (Court Reporter Diane Skillman.) (kc, COURT STAFF) (Filed on 11/3/2014) (Entered: 11/04/2014) |
| | | |

| | | |
|---|---|---|
| 11/07/2014 | 55 | **JUDGMENT in a Criminal Case as to Douglas Sharron Piggee, Jr. Signed by Judge Hon. Claudia Wilken on 11/7/2014. (ndr, COURT STAFF) (Filed on 11/7/2014) (Entered: 11/07/2014)** |
| 11/07/2014 | 56 | **Sealing Order - General Order 54 as to Douglas Sharron Piggee, Jr.. Signed by Judge Hon. Claudia Wilken on 11/7/2014. (ndr, COURT STAFF) (Filed on 11/7/2014) (Entered: 11/07/2014)** |
| 11/10/2014 | 57 | MOTION to Correct Judgment by Douglas Sharron Piggee, Jr. (Nelson, Jay) (Filed on 11/10/2014) Modified on 11/12/2014 (kcS, COURT STAFF). (Entered: 11/10/2014) |
| 11/14/2014 | 59 | **AMENDED 55 JUDGMENT as to Douglas Sharron Piggee, Jr. Signed by Judge Hon. Claudia Wilken on 11/14/2014. (ndr, COURT STAFF) (Filed on 11/14/2014) (Entered: 11/14/2014)** |
| 04/14/2016 | 60 | TRANSCRIPT ORDER for Court Reporter Diane Skillman (DiLaura, Grace) (Filed on 4/14/2016) (Entered: 04/14/2016) |
| 05/02/2016 | 61 | Transcript of Proceedings as to Douglas Sharron Piggee, Jr held on April 28, 2014, before Judge Claudia Wilken. Court Reporter Diane E. Skillman, telephone number 510-451-2930, Diane_Skillman@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 8/1/2016. (Related documents(s) 60 ) (Skillman, Diane) (Filed on 5/2/2016) (Entered: 05/02/2016) |
| 06/13/2016 | 62 | MOTION to Vacate under 28 U.S.C. 2255 by Douglas Sharron Piggee, Jr. (Attachments: # 1 Exhibit)(McCabe, John) (Filed on 6/13/2016)<br>Civil case 4:16cv-3273-CW opened. Modified on 6/23/2016 (kk, COURT STAFF). (Entered: 06/13/2016) |
| 06/13/2016 | 63 | MOTION to Seal *Presentence Report* by Douglas Sharron Piggee, Jr. (Attachments: # 1 Proposed Order)(McCabe, John) (Filed on 6/13/2016) (Entered: 06/13/2016) |
| 06/14/2016 | 64 | **ORDER TO SHOW CAUSE RE: JOHNSON CLAIM RAISED IN SECTION 2255 MOTION as to Douglas Sharron Piggee, Jr. Briefing schedule is as follows: Opposition due from the government within 75 days after the section 2255 motion is filed; Reply brief due by movant 45 days after the opposition is filed. Thereafter, the matter will be deemed submitted on the papers unless the Court orders otherwise. Signed by Judge Hon. Claudia Wilken on 6/14/2016. (afmS, COURT STAFF) (Filed on 6/14/2016) (Entered: 06/14/2016)** |
| 06/14/2016 | 65 | CLERK'S NOTICE Civil case number assigned at filing of 28:2255 motion is incorrect, correct civil case number is 4:16-cv-03273-CW as to Douglas Sharron Piggee, Jr. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (kcS, COURT STAFF) (Filed on 6/14/2016) (Entered: 06/14/2016) |
| 06/14/2016 | | Reset Deadlines/Hearings as to Defendant Douglas Sharron Piggee, Jr Re 62 MOTION to Vacate under 28 U.S.C. 2255 Pursuant to Docket No. 64 : Responses due by 8/27/2016; Replies due by 10/11/2016. (ndrS, COURT STAFF) (Filed on 6/14/2016) Modified on 6/16/2016 (kcS, COURT STAFF). (Entered: 06/15/2016) |
| 06/16/2016 | 66 | **ORDER Granting 63 Motion to Seal as to Douglas Sharron Piggee Jr. (1) to Seal Presentence Report. Signed by Judge Hon. Claudia Wilken on 6/16/2016. (ndrS, COURT STAFF) (Entered: 06/16/2016)** |
| 06/16/2016 | 67 | Sealed Document as to Douglas Sharron Piggee, Jr (kc, COURT STAFF) (Filed on |

| | | |
|---|---|---|
| | | 6/16/2016) (Entered: 06/17/2016) |
| 08/04/2016 | 68 | NOTICE OF ATTORNEY APPEARANCE Christiaan H Highsmith appearing for USA. (Highsmith, Christiaan) (Filed on 8/4/2016) (Entered: 08/04/2016) |
| 08/10/2016 | 69 | MOTION to Stay 2255 Petition and [proposed] order by USA as to Douglas Sharron Piggee, Jr. (Highsmith, Christiaan) (Filed on 8/10/2016) Modified on 8/11/2016 (kcS, COURT STAFF). (Entered: 08/10/2016) |
| 08/16/2016 | 70 | **ORDER by Hon. Claudia Wilken denying 69 Government's Motion to Stay as to Douglas Sharron Piggee Jr. (1).(dtmS, COURT STAFF) (Filed on 8/16/2016) (Entered: 08/16/2016)** |
| 08/26/2016 | 71 | RESPONSE to Motion by USA as to Douglas Sharron Piggee, Jr re 62 MOTION to Vacate under 28 U.S.C. 2255 (Highsmith, Christiaan) (Filed on 8/26/2016) (Entered: 08/26/2016) |
| 09/26/2016 | 72 | REPLY TO RESPONSE to Motion by Douglas Sharron Piggee, Jr re 62 MOTION to Vacate under 28 U.S.C. 2255. (McCabe, John) (Filed on 9/26/2016) Modified on 9/27/2016 (kcS, COURT STAFF). (Entered: 09/26/2016) |
| 10/11/2016 | 73 | Memorandum in Opposition by Douglas Sharron Piggee, Jr re 72 Reply to Response (Attachments: # 1 Envelope)(kc, COURT STAFF) (Filed on 10/11/2016) (Entered: 10/12/2016) |
| 11/07/2016 | 74 | **ORDER denying 62 Motion to Vacate (2255) as to Douglas Sharron Piggee Jr. (1). Signed by Judge Hon. Claudia Wilken on 11/7/16. (dtmS, COURT STAFF) (Entered: 11/07/2016)** |
| 11/10/2016 | 75 | **ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL as to Douglas Sharron Piggee, Jr. Signed by Judge Hon. Claudia Wilken on 11/10/16. (dtmS, COURT STAFF) (Filed on 11/10/2016) (Entered: 11/10/2016)** |
| 01/05/2017 | 76 | NOTICE OF APPEAL by Douglas Sharron Piggee, Jr re 74 Order on Motion to Vacate (2255) ( CJA Appeal.) Appeal Record due by 2/6/2017. (Attachments: # 1 Exhibit Order Denying 2255 Motion)(Young, Dena) (Filed on 1/5/2017) (Entered: 01/05/2017) |
| 01/06/2017 | 77 | USCA Case Number as to Douglas Sharron Piggee, Jr 17-15024 for 76 Notice of Appeal filed by Douglas Sharron Piggee, Jr. (cjlS, COURT STAFF) (Filed on 1/6/2017) (Entered: 01/06/2017) |
| 08/02/2017 | 78 | ORDER of USCA: That the request for a certificate of appealability is denied as to Douglas Sharron Piggee, Jr re 76 Notice of Appeal. USCA No. 17-15024 (jlmS, COURT STAFF) (Filed on 8/2/2017) (Entered: 08/03/2017) |
| 10/03/2017 | 79 | MOTION to Vacate under 28 U.S.C. 2255 by Douglas Sharron Piggee, Jr. (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 10/3/2017)<br>Civil case 4:17-cv-05790-CW opened. (Entered: 10/06/2017) |
| 10/06/2017 | 80 | CLERK'S NOTICE of Filing of 28: 2255 Motion re 79 as to Douglas Sharron Piggee, Jr (Attachments: # 1 Certificate/Proof of Service) (jlmS, COURT STAFF) (Filed on 10/6/2017) (Entered: 10/06/2017) |
| 10/24/2017 | 81 | **ORDER DISMISSING SECOND § 2255 MOTION as to Douglas Sharron Piggee Jr. (1). (Attachments: # 1 Certificate/Proof of Service)(dtmS, COURT STAFF) (Filed on 10/24/2017)<br>Civil Case 4:17-cv-05790-CW closed. (Entered: 10/24/2017)** |
| 10/30/2017 | 82 | MOTION to Set Aside Judgment, filed by Douglas Sharron Piggee, Jr. (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 10/30/2017) (Entered: 10/30/2017) |

| | | |
|---|---|---|
| 07/20/2018 | 83 | MOTION to Reduce Sentence - USSC Amendment Pursuant to 18 U.S.C. Sec. 3582(c)(2), by Douglas Sharron Piggee, Jr. (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 7/20/2018) (Entered: 07/20/2018) |
| 08/03/2018 | 84 | Additional Exhibits re 83 MOTION to Reduce Sentence - USSC Amendment, filed by Douglas Sharron Piggee, Jr (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 8/3/2018) (Entered: 08/06/2018) |
| 08/27/2018 | 85 | Letter Requesting Case Status, from Douglas Piggee as to Douglas Sharron Piggee, Jr (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 8/27/2018) (Entered: 08/28/2018) |
| 09/04/2018 | 86 | Addendum in Support of 83 Motion to Reduce Sentence - USSC Amendment by Douglas Sharron Piggee, Jr.. (Attachments: # 1 Envelope)(jlmS, COURT STAFF) (Filed on 9/4/2018) (Entered: 09/05/2018) |
| 11/27/2018 | 87 | **ORDER DENYING THIRD 2255 MOTION AND 3582 MOTION denying 82 Motion to Set Aside Judgment as to Douglas Sharron Piggee Jr. (1); denying 83 Motion to Reduce Sentence - USSC Amendment as to Douglas Sharron Piggee Jr. (1). Signed by Judge Claudia Wilken on 11/27/18. (Attachments: # 1 Certificate/Proof of Service) (kcS, COURT STAFF) (Entered: 11/28/2018)** |
| 02/20/2020 | 88 | PAYMENT RECORD CARD: Payment of Special Assessment is Closed due to Statute of Limitations on 11/17/2019. Defendant paid in the amount of $104.68 outstanding balance $95.32 on behalf of Douglas Sharron Piggee, Jr. (jpn, COURT STAFF) (Filed on 2/20/2020) Modified on 2/21/2020 (jlmS, COURT STAFF). (Entered: 02/20/2020) |
| 07/20/2022 | 90 | Transfer of Jurisdiction - Out (Approved by receiving court). Jurisdiction transferred to Eastern District of California as to Douglas Sharron Piggee, Jr. Submitted by Probation Officer Sylvia Perez. I can be contacted at sylvia_perez@canp.uscourts.gov for any questions. (Perez, Sylvia) (Filed on 7/20/2022) (Entered: 07/20/2022) |
| 07/21/2022 | 91 | CLERK'S LETTER re Transmission of Transfer Documents to the Eastern District of California (Sacramento) as to Douglas Sharron Piggee, Jr.. (jlm, COURT STAFF) (Filed on 7/21/2022) (Entered: 07/21/2022) |
| 07/21/2022 | 92 | NOTICE OF CRIMINAL CASE TRANSFER.<br><br>Case transfer from California Northern to Eastern District of California (Sacramento) of a Transfer of Jurisdiction as to Douglas Sharron Piggee, Jr. Your case number is: 2:22-cr-0155-JAM. Public transfer documents are accessible and can be retrieved by your court via PACER. Under seal or otherwise restricted documents will be emailed directly. Please send acknowledgement of receipt, including the case number, to InterDistrictTransfer_CAND@cand.uscourts.gov<br>*If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (jlm, COURT STAFF) (Filed on 7/21/2022) (Entered: 07/21/2022) |