UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>DOUGLAS SHARRON PIGGEE, JR.<br><br>            Defendant. | Case No. 2:23-CR-00029-DJC<br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>DOUGLAS SHARRON PIGGEE,<br><br>            Defendant. | Case No. 2:22-CR-00155-JAM |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>DOUGLAS SHARRON PIGGEE,<br><br>            Defendant. | Case No. 2:98-CR-00499-JAM |

1      Examination of the above-entitled actions reveals that these
2 actions are related within the meaning of Local Rule 123 (E.D. Cal.
3 2005). Accordingly, the assignment of the matters to the same judge
4 is likely to affect a substantial savings of judicial effort and is
5 also likely to be convenient for the parties.
6      The parties should be aware that relating the cases under
7 Local Rule 123 merely has the result that these actions are
8 assigned to the same judge; no consolidation of the actions is
9 effected.  Under the regular practice of this court, related cases
10 are generally assigned to the judge to whom the first filed action
11 was assigned.
12      IT IS THEREFORE ORDERED that the action denominated
13 2:23-CR-00029-DJC be reassigned to Judge John A. Mendez for all
14 further proceedings, and any dates currently set in this reassigned
15 case only are hereby VACATED.  Henceforth, the caption on documents
16 filed in the reassigned cases shall be shown as 2:23-CR-00029-JAM.
17      IT IS FURTHER ORDERED that the Clerk of the Court make
18 appropriate adjustment in the assignment of criminal cases to
19 compensate for this reassignment.
20      IT IS SO ORDERED.
21
22 DATED: April 26, 2023          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
23                                SENIOR UNITED STATES DISTRICT JUDGE