PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS SHARRON PIGGEE,<br><br>Defendant. | CASE NOS. 2:23-cr-00029-JAM<br>2:22-cr-00155-JAM<br>2:98-cr-00499-JAM<br><br>**STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME; FINDINGS AND ORDER**<br><br>DATE: August 29, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, these matters were set for status conference (**2:23-cr-00029-JAM**) and admit/deny hearings (**2:22-cr-00155-JAM; 2:98-cr-00499-JAM**) on August 29, 2023.

2. By this stipulation, defendant now moves to continue the **status conference and admit/deny hearings** until **September 12, 2023**, **at 09:00 a.m.**, and to **exclude** time in **2:23-Cr-00029-JAM** until the September 12, 2023 status conference under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case includes law enforcement reports, audio and video recordings, photographs, search warrants, and criminal history records. All of this

discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) Counsel for defendant desires additional time to consult with his client, review the forthcoming discovery, discuss the current charges, research pertinent legal issues, and otherwise investigate and prepare for trial.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 29, 2023 to September 12, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  g) Additionally, at defendant's April 25, 2023 initial appearance, the parties conferred and agreed that 2:23-CR-00029-JAM case should be scheduled together with 2:22-CR-155-JAM and 2:98-CR-499-JAM. The parties agree that all three cases should remain scheduled together.

  h) Probation Officer Molly McSorley does not object to the proposed continuance as to the defendant's two pending admit/deny hearings.

///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 7, 2023                             PHILLIP A. TALBERT
                                                   United States Attorney

                                                   /s/ EMILY G. SAUVAGEAU
                                                   EMILY G. SAUVAGEAU
                                                   Assistant United States Attorney

Dated:  August 7, 2023                             /s/ DOUGLAS BEEVERS
                                                   DOUGLAS BEEVERS
                                                   Counsel for Defendant
                                                   DOUGLAS SHARRON
                                                   PIGGEE

## ORDER

**IT IS SO FOUND AND ORDERED**.

Dated: August 07, 2023                             /s/ John A. Mendez
                                                   THE HONORABLE JOHN A. MENDEZ
                                                   SENIOR UNITED STATES DISTRICT JUDGE