```
1  CLEMENTE M. JIMÉNEZ, SBN 207136
2  431 I Street, Suite 102
   Sacramento, CA 95814
3  (916) 443-8055
4
   Attorney for Defendant
5  DOUGLAS PIGGEE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-029 JAM |
|---|---|
| Plaintiff, | 2:98-cr-499 JAM |
| | 2:22-cr-155 JAM |
| v. | **STIPULATION AND ORDER CONTINUING SENTENCING HEARING AND DISPOSITIONAL HEARING** |
| DOUGLAS SHARRON PIGGEE, JR., | |
| Defendant. | DATE:   September 23, 2025<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Haddy Abouzeid, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant Douglas Piggée, that the sentencing hearing scheduled for September 23,

1  2025, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar
2  on October 21, 2025, at 9:00 a.m. for judgment and sentence.
3      Defense counsel requires additional time to review case records and confer with
4  Mr. Piggée. Defense counsel was notified on August 22, 2025, that Mr. Piggée had been
5  transferred to a detention facility in Mendota, California.
6      Consequently, after consulting with US Probation, the parties propose the
7  following modifications to the disclosure schedule (**2:23-cr-00029-JAM**):
8      Informal Objections due: **09/23/2025**
9      Final PSR due: **09/30/2025**
10     Motion for Correction: **10/07/2025**
11     Reply, or Non-Opposition: **10/14/2025**
12     J&S: **10/21/25**

14 DATED:    August 25, 2025          /S/    Haddy Abouzeid
                                      HADDY ABOUZEID
                                      Attorney for Plaintiff

                                      /S/    Clemente M. Jiménez
                                      CLEMENTE M. JIMÉNEZ
                                      Attorney for Douglas Piggée

**ORDER**

Based on the stipulation of the parties, the Court hereby **CONTINUES** the September 23, 2025 sentencing hearing (**2:23-cr-00029-JAM**) and dispositional hearing (**2:22-cr-00155-JAM; 2:98-cr-00499-JAM**) to **October 21, 2025, at 9:00 a.m.**, before the undersigned, and **ADOPTS** the above modifications to the disclosure schedule (**2:23-cr-00029-JAM**).

August 28, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE